[Nos. 27681-0-II; 27682-8-II.   Division Two.   August 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TARA ELIZABETH MALTBIE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SHON PAUL WILCOX, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 01-1-00636-7, Wm. Thomas McPhee, J., entered August 7, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 27740-9-II.   Division Two.   August 9, 2002.]

RON WILSON, *Appellant*, v. THE CITY OF LONGVIEW, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-2-01611-6, James E. Warme, J., entered July 23, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27811-1-II.   Division Two.   August 9, 2002.]

WILLIAM D. BACON, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 00-2-01525-5, Gordon Godfrey, J., entered October 17, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.